

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 6/26/23

Re:   *1:23-cv-02271-VSB Toro v. Zenobia Company, LLC*

<u>Status Letter and Request for Extension of Deadline</u>

Dear Judge Broderick:

    Plaintiff's counsel submits this letter-motion to seek an extension of time to submit the Joint Letter and Case Management Plan, currently due on June 26th. The Parties are hopeful the submissions will not be necessary as they are discussing terms for an early resolution. Plaintiff proposes a new date of July 28th, 2023, or a date more convenient to the Court. This is the second time this relief is being requested and both parties consent.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Russell Edwards, Esq.

