UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                          :
ANDREW TORO,                               :
                          :
                        Plaintiff,    :
                          :                   23-CV-2271(VSB)
                -against-                 :
                          :                          **ORDER**
ZENOBIA COMPANY, LLC,            :
                          :
                      Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff Andrew Toro ("Plaintiff") initiated this matter by filing a complaint on March 16, 2023.  (Doc. 1.)  On April 25, 2023, Defendant Zenobia Company ("Defendant") filed their answer to the complaint.  (Doc. 7.)  On April 26, 2023 I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before May 10, 2023.  (Doc. 8.)  On May 10, 2023, Defendant filed a letter requesting a two-week extension of time to file their joint status letter and proposed case management plan.  (Doc. 10.)  On May 11, 2023, I granted this request.  (Doc. 11.)  On May 22, 2023, Plaintiff filed a letter requesting an additional thirty-day extension.  (Doc. 12.)  On May 23, 2023, I granted this request.  (Doc. 13.)  On June 23, 2023, Plaintiff filed yet another extension request, (Doc. 14), which I granted, (Doc. 15), making the new deadline to file the joint letter and proposed case management plan July 28, 2023.  Despite the additional two and a half months they have been given, to date, the parties have yet to file either.  Accordingly, the parties are hereby

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than August 7, 2023.  If the parties fail to do so, I will dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 1, 2023
New York, New York

Vernon S. Broderick
United States District Judge