UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                          :
ANDREW TORO,                                              :
                                                          :
                              Plaintiff,                  :
                                                          :               23-CV-2271 (VSB)
                   -against-                               :
                                                          :               **ORDER**
ZENOBIA COMPANY, LLC,                                     :
                                                          :
                              Defendant.   :
--------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties proposed consent decree.  (Doc. 26.)  The consent decree is

deficient in that it does not require Defendant to take any further action, nor does it state how any

purported violations of the consent decree shall be enforced.  Accordingly, it is hereby:

      ORDERED that the parties file an amended consent decree on or before January 30, 2024

curing the deficiencies.

SO ORDERED.

Dated: January 16, 2024
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge